No. 96–657. MARTIN v. RIDGE, GOVERNOR OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–659. UBEL ET AL. v. MINNESOTA ET AL. Sup. Ct. Minn. Certiorari denied.

No. 96–661. MANTZ v. TEXAS. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 96–662. BANK OF NEW YORK, AS COLLATERAL TRUSTEE, ET AL. v. CONTINENTAL AIRLINES, INC. C. A. 3d Cir. Certiorari denied.

No. 96–665. ENERGY TRANSPORTATION CORP. v. GARNER. C. A. 2d Cir. Certiorari denied.

No. 96–672. SCHULTE ROTH & ZABEL v. SOUTHMARK CORP. C. A. 5th Cir. Certiorari denied.

No. 96–673. HOLT v. J. L. PRESCOTT CO. C. A. 9th Cir. Certiorari denied.

No. 96–674. BURFORD v. STEPTOE & JOHNSON. C. A. 4th Cir. Certiorari denied.

No. 96–683. KAUBLE v. PENSION BENEFIT GUARANTY CORPORATION. C. A. 7th Cir. Certiorari denied.

No. 96–689. PIERCE v. CHATER, COMMISSIONER OF SOCIAL SECURITY. C. A. 11th Cir. Certiorari denied.

No. 96–695. TRUJILLO ET UX., AS NEXT FRIENDS AND GUARDIANS OF THEIR MINOR CHILD, TRUJILLO v. TAOS MUNICIPAL SCHOOLS ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–700. KOKOSKA, BY HER GUARDIAN KOKOSKA v. BULLEN, COMMISSIONER, MASSACHUSETTS DIVISION OF MEDICAL ASSISTANCE. Sup. Jud. Ct. Mass. Certiorari denied.

No. 96–701. KEEM v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.